

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00777-CV

HISPANIC HOUSING AND EDUCATION INFORMATION, Appellant

V.

CHICAGO TITLE INSURANCE COMPANY, Appellee

Appeal from the 152nd District Court of Harris County, Texas (Tr. Ct. No. 2012-59660)

**TO THE 152ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 2nd day of June, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Hispanic Housing and Education Information. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.
>
> It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.
>
> It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered June 2, 2015.

Judgment rendered by panel consisting of Justices Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 7, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

